[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT
_____

No. 13-10769
Non-Argument Calendar
_____

D.C. Docket 5:12-cr-00070-AKK-TMP-1


UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

ERASMO MOLINA,
a.k.a. Erasom Molina,
a.k.a. Memo,

Defendant-Appellant.


_____

Appeal from the United States District Court
for the Northern District of Alabama
_____

(September 25, 2013)

Before CARNES, Chief Judge, WILSON and ANDERSON, Circuit Judges.

PER CURIAM:

James L. O'Kelley, appointed counsel for Erasmo Molina in this direct

criminal appeal, has moved to withdraw from further representation of the appellant

and filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967).   Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct.   Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Molina's conviction and sentence are **AFFIRMED**.